```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| NEW HOPE FELLOWSHIP, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV259 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF OMAHA, NEBRASKA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

On the court's own motion,

IT IS ORDERED:

The pretrial conference is rescheduled from September 7 to **September 15, 2005 at 1:00 p.m.** in the chambers of the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.

DATED this 3rd day of May, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge