IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NEW HOPE FELLOWSHIP, | ) | 8:04CV259 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CITY OF OMAHA, NEBRASKA, | ) | |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 71 be stricken from the record for the following reason:

(X)   Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 71 from the record.

DATED this _30th day of December, 2005.

BY THE COURT:

/s/ Robert T. Dawson
United States District Judge