IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NEW HOPE FELLOWSHIP, INC.                                          PLAINTIFF

    vs.                    CASE No. B:04CV259

CITY OF OMAHA, NEBRASKA                                            DEFENDANT

<u>ORDER</u>

Now on this 1st day of February, 2006, there comes on for consideration the Defendant's motion for extension of time to appeal. (Doc. 74.) The Court, being well and sufficiently advised in the premises, finds that the motion should be and is hereby GRANTED.

IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED AND DECREED that Defendant is hereby granted an extension of 30 days after either the entry of the Court's final order regarding attorney's fees and costs, the deadline for Plaintiff to purchase the property, or entry of the Court's final order resolving damages, whichever is later, in which to file an appeal.

IT IS SO ORDERED.

                                         /s/Robert T. Dawson
                                         Robert T. Dawson
                                         United States District Judge