IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NEW HOPE FELLOWSHIP, INC.                                               PLAINTIFF

    vs.                         CASE No. B:04CV259

CITY OF OMAHA, NEBRASKA                                                 DEFENDANT

ORDER

Now on this 2nd day of February, 2006, there comes on for consideration the Defendant's motion for extension of time to respond to Plaintiff's motion for attorneys' fees and costs. (Doc. 81.) The Court, being well and sufficiently advised in the premises, finds that the motion should be and is hereby GRANTED.

IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED AND DECREED that Defendant is hereby granted an extension of time to March 8, 2006, to file a response to Plaintiff's motion for attorneys' fees and costs.

IT IS SO ORDERED.

/s/Robert T. Dawson
Robert T. Dawson
United States District Judge